```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 06463
   DAWNISE MASON WILLIS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9508


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/19/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 06/02/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
GUY M PETRUZZELLI         NOTICE ONLY     NOT FILED            .00            .00
OCWEN FEDERAL BANK        CURRENT MORTG        .00             .00            .00
OCWEN FEDERAL BANK        MORTGAGE ARRE   63000.00             .00            .00
CITIFINANCIAL AUTO CREDI  UNSECURED       15739.95             .00            .00
RMI/MCSI                  UNSECURED         130.00             .00            .00
CREDIT ACCEPTANCE         SECURED VEHIC     850.00             .00            .00
CCA                       UNSECURED       NOT FILED            .00            .00
ISAC                      UNSECURED       38896.90             .00            .00
US DEPT OF EDUCATION      UNSECURED        8876.41             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED            .00            .00
CLT FINANCIAL             UNSECURED         193.27             .00            .00
COLLECTION                UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED            .00            .00
DR SHEIK                  UNSECURED       NOT FILED            .00            .00
JC PENNEY                 UNSECURED       NOT FILED            .00            .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED            .00            .00
MAF COLLECTION SERVICE    UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT            UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED            .00            .00
RMBG INC                  UNSECURED       NOT FILED            .00            .00
RMI/MCSI                  UNSECURED         250.00             .00            .00
RMI/MCSI                  UNSECURED       NOT FILED            .00            .00
UNITED CONSUMER FINANCIA  UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 06463 DAWNISE MASON WILLIS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 09/08/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```